# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19-CR-4243-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO VACATE MOTIONS *IN LIMINE* AND TRIAL DATES AND SET MATTER FOR STATUS** |
| NICOLASA REYNA (1), JAMIE UGALDE (2). | |
| Defendant. | |

Upon joint application of the parties, **IT IS HEREBY ORDERED:** That the motions *in limine* hearing currently scheduled for January 29, 2021, at 2:00 p.m., and the trial currently scheduled for February 22, 2021, at 9:00 a.m. are vacated. A status hearing shall be set for May 21, 2021 at 2:00 p.m.  Excludable time shall result in the interim for the reasons detailed in CJO #52-C and related orders of the Chief Judge.

**SO ORDERED.**

Dated:  January 15, 2021

Hon. Janis L. Sammartino
United States District Judge