# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICOLASA REYNA (1),<br><br>Defendant | Case No.: 19CR4243-JLS<br><br>**ORDER AND JUDGMENT DISMISSING INFORMATION** |

Upon motion by the United States and for good cause shown,

IT IS ORDERED that the Information as to Nicolasa Reyna be dismissed without prejudice.

SO ORDERED.

Dated: July 19, 2021

Hon. Janis L. Sammartino
United States District Judge